JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF POMONA, | Case No.  2:24-cv-03957-MWF (SPx) |
| Plaintiffs, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE DOW CHEMICAL COMPANY; SHELL OIL COMPANY, also doing business as SHELL CHEMICAL COMPANY; and DOES 1 through 300, INCLUSIVE, | |
| Defendants. | |

The Court has reviewed the parties' Stipulation of Dismissal with Prejudice. (Docket No. 36).  For good cause shown, the Court GRANTS the Stipulation, and ORDERS this action dismissed with prejudice.

IT IS SO ORDERED.


Dated:  January 22, 2026                         / s / Michael W. Fitzgerald
                                          _____
                                          MICHAEL W. FITZGERALD
                                          United States District Judge